```
                                              vY
                                              NT
                                              RONICALLY FILED
                                           E FILED: 3/8/17
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Moshik Nadav Typography LLC et al. | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| Genesh Productions LLC et al. | ) | Case No.: 1:16-cv-09838 |
| Defendant(s) | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Moshik Nadav, Moshik Nadav Typography LLC and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Genesh Productions LLC, Cherilyn Sarkisian, Warner Bros. Records, Smog Design Inc., Ryan Corey.

Date: March 7, 2017

_R Bros_
*Signature of plaintiffs or plaintiff's counsel*

138 Old Kings Highway
*Address*

Wilton, CT 06897
*City, State & Zip Code*

203-423-0235
*Telephone Number*

*So ORDERED. The Clerk shall close the case and terminate all motions.*
*AK 3/8/17*